IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

HERITAGE PHARMACEUTICALS INC.

            **Plaintiff,**            Case No. 3:16-cv-08483-PGS-TJB

    v.

**JEFFREY A. GLAZER** and            NOTICE OF APPEARANCE
**JASON T. MALEK,**

            **Defendants.**

**PLEASE TAKE NOTICE** that Scott B. McBride of Lowenstein Sandler LLP hereby enters an appearance on behalf of defendant Jason T. Malek, and requests that copies of all papers in this action be served upon the undersigned.

Dated:  December 7, 2016

                                                    By:    /s/ Scott B. McBride
                                                               Scott B. McBride
                                                                **LOWENSTEIN SANDLER LLP**
                                                                65 Livingston Avenue
                                                                Roseland, New Jersey 07068
                                                                Tel:    973.597.2370
                                                                Fax:   973.597.2371
                                                                smcbride@lowenstein.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the within Notice of Appearance was filed and served upon all counsel of record via the Court's ECF system.

Dated:  December 7, 2016                  By:   /s/  Scott B. McBride
                                                                  Scott B. McBride