# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. GLAZER and <br> JASON T. MALEK, <br><br> Defendants. | Case No. 3:16-cv-08483-PGS-TJB |

## NOTICE OF INTERVENOR-UNITED STATES' EMERGENCY MOTION TO STAY

PLEASE TAKE NOTICE that, on January 17, 2017, or as soon thereafter as counsel may be heard, JOSEPH C. FOLIO III, Trial Attorney for the Antitrust Division of the United States Department of Justice, on behalf of the Intervenor-United States, will move the Court for a six-month stay of all proceedings.

Undersigned counsel conferred with counsel for each Defendant by telephone about this motion. By and through counsel, Defendants consent to the relief sought in this motion. Undersigned counsel also conferred with counsel for Plaintiff by telephone and email about this motion. By and through counsel, Plaintiff will consent to the relief sought in this motion so long as Plaintiff and Defendants are able to come to an agreement on a proposed order with regard to the return of Plaintiff's claimed property and prohibitions on Defendants' use of Plaintiff's claimed proprietary information; if Plaintiff and Defendants are unable to come to an agreement, Plaintiff does not consent, and reserves its right to oppose, this motion.

Dated: December 13, 2016   Respectfully submitted,

   */s/ Joseph C. Folio III*
JOSEPH C. FOLIO III
MARK C. GRUNDVIG
F. PATRICK HALLAGAN
SONIA MITTAL
ELLEN R. CLARKE
Trial Attorneys
U.S. Department of Justice
Antitrust Division, Washington Criminal I
450 5th Street NW, Suite 11300
Washington, D.C.  20530
Telephone:     (202) 598-8362
Fax:              (202) 305-4766
E-Mail:         Joseph.Folio@usdoj.gov

COUNSEL FOR INTERVENOR-UNITED STATES

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2016, I electronically filed the foregoing Motion to Stay with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Liza M. Walsh
Marc D. Haefner
Katelyn O'Reilly
Walsh Pizzi O'Reilly Falanga LLP
1037 Raymond Blvd., 6th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
E-Mails: lwalsh@thewalshfirm.com; mhaefner@thewalshfirm.com; koreilly@thewalshfirm.com
Attorneys for Plaintiff

Ricardo Solano, Jr.
Friedman Kaplan Seiler & Adelman LLP
One Gateway Center
Newark, NJ 07102
Telephone: (973) 877-1421
E-Mail: rsolano@fklaw.com

Scott Bonner McBride
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
E-Mail: smcbride@lowenstein.com


                                                                                       /s/ Joseph C. Folio III
                                                                                       JOSEPH C. FOLIO III
                                                                                       U.S. Department of Justice
                                                                                       Antitrust Division, Criminal I Section
                                                                                       450 5th Street NW, Suite 11300
                                                                                       Washington, D.C.  20530
                                                                                       Telephone:   (202) 598-8362
                                                                                       Fax:              (202) 305-4766
                                                                                       E-Mail:        Joseph.Folio@usdoj.gov

**DESIGNATION PURSUANT TO LOCAL CIVIL RULE 101.1(f)**

Pursuant to Local Civil Rule 101.1(f), the undersigned hereby designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

Catherine R. Murphy
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Telephone: (973) 297-2098

                                                 /s/ Joseph C. Folio III
                                                 JOSEPH C. FOLIO III
                                                 U.S. Department of Justice
                                                 Antitrust Division, Criminal I Section
                                                 450 5th Street NW, Suite 11300
                                                 Washington, D.C.  20530
                                                 Telephone:   (202) 598-8362
                                                 Fax:           (202) 305-4766
                                                 E-Mail:      Joseph.Folio@usdoj.gov