# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

HERITAGE PHARMACEUTICALS INC.,

    Plaintiff,

v.

JEFFREY A. GLAZER and
JASON T. MALEK,

    Defendants.

Case No. 3:16-cv-08483-PGS-TJB

## [PROPOSED] ORDER

Upon consideration of the Intervenor-United States' Motion to Stay, as well as all related filings, it is hereby ORDERED that all proceedings in this civil action are stayed for six months from the date of this order.

    IT IS SO ORDERED.

Date: _____

                                                     Peter G. Sheridan
                                                     United States District Court Judge