UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HERITAGE PHARMACEUTICALS INC.,

    Plaintiff,

  v.

JEFFREY A. GLAZER and
JASON T. MALEK,

    Defendants.

Case No. 3:16-cv-08483-PGS-TJB

**NOTICE OF *EX PARTE*, IN CAMERA FILING**

The Intervenor-United States hereby provides notice of the ex parte, in camera filing of the Declaration of Mark C. Grundvig in support of its Motion to Intervene and Motion to Stay.

Dated: December 13, 2016

Respectfully submitted,

 /s/ Joseph C. Folio III
JOSEPH C. FOLIO III
MARK C. GRUNDVIG
F. PATRICK HALLAGAN
SONIA MITTAL
ELLEN R. CLARKE
Trial Attorneys
U.S. Department of Justice
Antitrust Division, Washington Criminal I
450 5th Street NW, Suite 11300
Washington, D.C.  20530
Telephone:  (202) 598-8362
Fax:  (202) 305-4766
E-Mail:  Joseph.Folio@usdoj.gov

COUNSEL FOR INTERVENOR-UNITED STATES

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2016, I electronically filed the foregoing Notice of Ex Parte, In Camera Filing with the Clerk of Court using the CM/ECF system, which will send notification of such to the following:

Liza M. Walsh
Marc D. Haefner
Katelyn O'Reilly
Walsh Pizzi O'Reilly Falanga LLP
1037 Raymond Blvd., 6th Floor
Newark, NJ 07102
Telephone: (973) 757-1100
E-Mails: lwalsh@thewalshfirm.com; mhaefner@thewalshfirm.com; koreilly@thewalshfirm.com
Attorneys for Plaintiff

Ricardo Solano, Jr.
Friedman Kaplan Seiler & Adelman LLP
One Gateway Center
Newark, NJ 07102
Telephone: (973) 877-1421
E-Mail: rsolano@fklaw.com

Scott Bonner McBride
Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068
Telephone: (973) 597-2500
E-Mail: smcbride@lowenstein.com


    /s/ Joseph C. Folio III
JOSEPH C. FOLIO III
U.S. Department of Justice
Antitrust Division, Criminal I Section
450 5th Street NW, Suite 11300
Washington, D.C.  20530
Telephone:   (202) 598-8362
Fax:          (202) 305-4766
E-Mail:       Joseph.Folio@usdoj.gov

**DESIGNATION PURSUANT TO LOCAL CIVIL RULE 101.1(f)**

Pursuant to Local Civil Rule 101.1(f), the undersigned hereby designates the United States Attorney for the District of New Jersey to receive service of all notices or papers in this action at the following address:

Catherine R. Murphy
Assistant U.S. Attorney
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102
Telephone: (973) 297-2098

                                         _/s/ Joseph C. Folio III_____
                                         JOSEPH C. FOLIO III
                                         U.S. Department of Justice
                                         Antitrust Division, Criminal I Section
                                         450 5th Street NW, Suite 11300
                                         Washington, D.C.  20530
                                         Telephone:   (202) 598-8362
                                         Fax:             (202) 305-4766
                                         E-Mail:       Joseph.Folio@usdoj.gov