# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

HERITAGE PHARMACEUTICALS INC.,

      Plaintiff,

      v.

JEFFREY A. GLAZER and
JASON T. MALEK,

      Defendants.

Case No. 3:16-cv-08483-PGS-TJB

## ~~[PROPOSED]~~ ORDER

Upon consideration of the United States' Motion to Intervene, as well as all related filings, it is hereby ORDERED that the United States shall be allowed to intervene in this civil action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Date: 12/13/16

Peter G. Sheridan
United States District Court Judge