

**RICARDO SOLANO JR.**
rsolano@fklaw.com
973.877.6421

December 13, 2016

**BY ECF**

Honorable Peter G. Sheridan, U.S.D.J.
US District Court
  for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

      Re:   *Heritage Pharmaceuticals, Inc. v. Jeffrey Glazer and Jason Malek*, Case No. 3:16-cv-08483 (PGS)(TJB)

Dear Judge Sheridan:

    This firm represents defendant Jeffrey Glazer in the above-referenced action. We write as a follow up to the December 13, 2016, telephone conference.

    The parties and the Government have conferred and, pursuant to Your Honor's instructions, we submit the enclosed proposed Scheduling Order. We thank the Court for its consideration, and should Your Honor have any questions, we are always available.

                  Respectfully submitted,

                  s/ Ricardo Solano Jr.
                  Ricardo Solano Jr.

cc:   All Counsel via ECF

One Gateway Center, 25th Floor, Newark, NJ 07102-5311   973.877.6400   fklaw.com
*A Limited Liability Partnership Formed in the State of New York*

3233120.1