# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. GLAZER and <br> JASON T. MALEK, <br><br> Defendants. | Case No. 3:16-cv-08483-PGS-TJB |

##  PGS [PROPOSED] ORDER

Upon consideration of the Parties' Joint Letter Request Regarding the Discovery Stay, as well as all related filings, it is hereby ORDERED that:

1. All discovery (including initial disclosures) is stayed until 30 days after the latest of the following events: (a) the Court's resolution of any motions to disqualify; (b) defendants' filing an answer to plaintiff's claims; or (c) plaintiff's filing an answer to defendants' counterclaims (if any);

2. If the United States of America files a motion to further extend the stay of discovery before that stay expires, then the stay shall remain in effect until resolution of that motion;

3. After the commencement of discovery, any party that serves a discovery request must provide a copy of such request to the United States at the time such request is served;

4. Any filings made under seal shall be made pursuant to, and in accordance with, Local Civil Rule 5.3;

5. The parties shall provide the United States with unredacted copies of all filings made under seal on the day that those filings are made; and

3320176.3

6. The following schedule shall apply to the further proceedings in this matter:

   a. Defendants shall file any motion(s) to disqualify plaintiff's counsel within 35 days from the entry of this Order, plaintiff's opposition shall be filed within 45 days after service of such motion(s), and defendants' reply(ies) shall be filed within 21 days after service of plaintiff's opposition.

   b. In the event defendants do not file any motion(s) to disqualify plaintiff's counsel, defendants shall answer or otherwise respond to the complaint within 35 days from the entry of this Order.

   c. In the event defendants file any motion(s) to disqualify plaintiff's counsel, defendants shall answer or otherwise respond to the complaint within 30 days after the motion(s) to disqualify are decided.

   d. In the event defendants move to dismiss the complaint, plaintiff's opposition shall be filed within 45 days after service of defendants' motion, and defendants' replies shall be filed within 21 days after service of plaintiff's opposition.

   e. In the event defendants move to dismiss the complaint, defendants shall answer the complaint within 30 days after the motion(s) to dismiss are decided.

IT IS SO ORDERED.

Date: 2/14/18

_____
Peter G. Sheridan
United States District Court Judge