

**One Riverfront Plaza**

1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

Marc D. Haefner
Direct Dial: (973) 757-1013
mhaefner@walsh.law

May 4, 2018

**VIA EMAIL @ tjb_orders@njd.uscourts.gov**
Honorable Tonianne Bongiovanni, U.S.M.J.
US District Court for the District of NJ
402 East State Street
Trenton, New Jersey 08608

    Re:    Heritage Pharmaceuticals Inc. v. Jeffrey Glazer and Jason Malek
             Case No. 3:16-cv-08483 (PGS)(TJB)

Dear Judge Bongiovanni,

    This firm, along with Gibson, Dunn & Crutcher LLP, represents Plaintiff, Heritage Pharmaceuticals Inc. ("Heritage"), in the above-referenced matter. We write with the consent of all parties to request a one-week extension to the briefing schedule for the pending motions to disqualify. This would result in Heritage's opposition papers being due on Monday, May 14th and the Defendants' reply papers being due on Monday, June 4th.

    If the Parties' agreement on this issue is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and have it entered on the docket.

    Thank Your Honor for your consideration and should Your Honor or Your Honor's staff have any questions, we are always available.

Respectfully submitted,

s/Marc D. Haefner

Marc D. Haefner

So Ordered this 4th day
of May, 2018.

cc:    All Counsel of Record (via email)

WALSH PIZZI O'REILLY FALANGA LLP  |  ATTORNEYS AT LAW  |  NEWARK  |  NEW YORK  |  PHILADELPHIA