

**One Riverfront Plaza**
1037 Raymond Blvd, Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

**WALSH.LAW**

**Marc D. Haefner**
Direct Dial: (973) 757-1013
mhaefner@walsh.law

May 14, 2018

**VIA E-FILING**

Honorable Tonianne Bongiovanni, U.S.M.J.
US District Court for the District of NJ
402 East State Street
Trenton, New Jersey 08608

    Re:    **Heritage Pharmaceuticals Inc. v. Jeffrey Glazer and Jason Malek**
            **Case No. 3:16-cv-08483 (PGS)(TJB)**

Dear Judge Bongiovanni,

    This firm, along with Gibson, Dunn & Crutcher LLP, represents Plaintiff, Heritage Pharmaceuticals Inc. ("Heritage"), in the above-referenced matter.  We write pursuant to the Court's Order (Dkt. 61) which permits Heritage to submit papers for *in camera* review to give notice that we will provide Your Honor with the following document via Federal Express:

- the Declaration of Marc D. Haefner attaching unredacted documents for in camera review.

This will provide Your Honor with Exhibits 5, 6, 7, 8, and 17 from Mr. Glazer's filing in unredacted form for Your Honor's *in camera* review.

    Thank Your Honor for your consideration and should Your Honor or Your Honor's staff have any questions, we are always available.

                                        Respectfully submitted,

                                        *s/Marc D. Haefner*

                                        Marc D. Haefner

cc:    All Counsel of Record (via e-filing, with Declaration of Marc D. Haefner via Federal Express to Judge Tonianne Bongiovanni only)