

**RICARDO SOLANO**
rsolano@fklaw.com
212.833.1421

May 30, 2018

BY ELECTRONIC TRANSMISSION

Honorable Tonianne Bongiovanni, U.S.M.J.
US District Court for the District of NJ
402 East State Street
Trenton, New Jersey 08608

Re:   *Heritage Pharmaceuticals Inc. v. Jeffrey Glazer and Jason Malek*,
      Case No. 3:16-cv-08483 (PGS)(TJB)

Dear Judge Bongiovanni:

This firm represents defendant Jeffrey Glazer in the above-captioned matter. We write on behalf of ourselves and counsel for defendant Jason Malek, and with the consent of all parties, to request a one-week extension to the defendants' deadline to file their reply papers in support of the pending motions to disqualify. This would result in defendants' opposition papers being due on Monday, June 11.

If the Parties' agreement on this issue is acceptable to Your Honor, we respectfully request that Your Honor so order this letter and have it entered on the docket.

Thank Your Honor for your consideration and should Your Honor or Your Honor's staff have any questions, we are always available.

Respectfully submitted,

s/ Ricardo Solano
Ricardo Solano

cc:  All Counsel of Record (by e-mail)

SO ORDERED this 30th day of May, 2018

_____
Honorable Tonianne Bongiovanni, U.S.M.J..