UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC.,<br><br>   Plaintiff,<br><br>v.<br><br>JEFFREY A. GLAZER and<br>JASON T. MALEK,<br><br>   Defendants. | Case No. 3:16-cv-08483-PGS-TJB |

## WITHDRAWAL OF APPEARNCE

TO THE CLERK OF THE COURT:

   Kindly withdraw my appearance as counsel of record for Intervenor United States of America in the above-captioned matter.


Dated:  October 24, 2018            Respectfully submitted,
        Washington, DC

                                     */s/ Andrew J. Ewalt*
                                    Andrew J. Ewalt
                                    U.S. Department of Justice, Antitrust Division
                                    450 Fifth St NW, Room 4120
                                    Washington, DC 20530
                                    Tel:  (202) 532-4181
                                    Fax:  (202) 514-7308
                                    andrew.ewalt@usdoj.gov

1

**CERTIFICATE OF SERVICE**

    I, Andrew J. Ewalt, hereby certify that I caused a copy of the foregoing Withdrawal of Appearance to be filed electronically via the Court's electronic filing system. Those attorneys who are registered with the Court's electronic filing system may access that filing through the Court's system, and notice of that filing will be sent to those parties by operation of the Court's electronic filing system.

Dated: October 24, 2018                     /s/ Andrew J. Ewalt
                                                                Andrew J. Ewalt