James E. Tyrrell, Jr.
Eric S. Westenberger
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, New Jersey 07102
Phone: (973) 643-7000
Facsimile: (973) 643-6500
*Attorneys for Plaintiff*
*Heritage Pharmaceuticals Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY A. GLAZER and JASON T. MALEK, <br><br> Defendants. | Civil Action No. 3:16-cv-08483-PGS-TJB <br><br> **SUBSTITUTION OF COUNSEL** |

The undersigned hereby consent to the substitution of Sills Cummis & Gross P.C. as counsel for Plaintiff Heritage Pharmaceuticals Inc. in the above-captioned matter, and respectfully request that all future case notices and filings be directed accordingly.

| WALSH PIZZI O'REILLY FALANGA LLP | SILLS CUMMIS & GROSS P.C. |
|---|---|
| _____*s/Liza M. Walsh*_____ <br> LIZA M. WALSH <br> lwalsh@thewalshfirm.com | _____*s/James E. Tyrrell, Jr.*_____ <br> James E. Tyrrell, Jr. <br> jtyrrell@sillscummis.com |
| One Riverfront Plaza <br> 1037 Raymond Blvd., 6th Floor <br> Newark, NJ 07102 | One Riverfront Plaza <br> 1037 Raymond Blvd. <br> Newark, NJ 07102 |
| *Withdrawing Counsel* | *Incoming Counsel* |
| Dated: November 29, 2018 | Dated: November 29, 2018 |

5876093  v1