# Sills Cummis & Gross
### A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000
Fax (973) 643-6500

101 Park Avenue
28th Floor
New York, NY 10178
Tel: (212) 643-7000
Fax: (212) 643-6500

**James E. Tyrrell, Jr.**
**Member**
Direct Dial: 973-643-5565
Email: jtyrrell@sillscummis.com

600 College Road East
Princeton, NJ 08540
Tel: (609) 227-4600
Fax: (609) 227-4646

November 30, 2018

**VIA EMAIL (tjb_orders@njd.uscourts.gov)**

Honorable Tonianne Bongiovanni, U.S.M.J.
US District Court for the District of NJ
402 East State Street
Trenton, New Jersey 08608

Re:     Heritage Pharmaceuticals Inc. v. Jeffrey Glazer and Jason Malek
          Case No. 3:16-cv-08483 (PGS)(TJB)

Dear Judge Bongiovanni:

We represent Plaintiff Heritage Pharmaceuticals Inc. ("Heritage") in the above-referenced matter. We write pursuant to Your Honor's November 19, 2018 directive that the parties provide a written status update regarding the subject of Heritage's November 14, 2018 letter to Your Honor (Dkt. 88), and the parties' November 19, 2018 telephone conference with Your Honor (ECF Text Minute Entry, dated Nov. 19, 2018), both of which relate to the motions to disqualify filed by Defendants Jeffrey Glazer (Dkt. 54) and Jason Malek (Dkt. No. 56).

We are pleased to report that counsel for the parties have met and conferred in an effort to narrow the areas of dispute, and, as a result of the meeting, counsel for the parties identified areas that will need to be further explored and confirmed with their respective clients. Accordingly, counsel for the parties jointly request a brief extension until December 14, 2018 to report back to Your Honor regarding the status of these issues.

Should the parties' request be acceptable to Your Honor, we respectfully request this letter be "So Ordered" and entered on the docket.

So Ordered

12/3/18