IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC.<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY A. GLAZER and<br>JASON T. MALEK<br><br>Defendants. | Case No. 3:16-cv-08483-PGS-TJB<br>Judge Peter G. Sheridan<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>ORDER |

**WHEREAS** pursuant to the Order of this Court dated March 25, 2019 [ECF No. 99], Defendants' deadline to answer or otherwise respond to the complaint is May 1, 2019;

**WHEREAS** Plaintiff has no objection to an extension of Defendants' time to answer or otherwise respond to the complaint by 30 days; and for good cause having been shown:

**IT IS HEREBY ORDERED**, on this 23 day of April 2019, that:

Defendants' deadline to answer or otherwise respond to the complaint is extended by an additional 30 days, to May 31, 2019.

_____
Hon. Tonianne J. Bongiovanni
U.S.M.J.

3433997.1