IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERITAGE PHARMACEUTICALS INC.<br><br>                 Plaintiff,<br><br>v.<br><br>JEFFREY A. GLAZER and<br>JASON T. MALEK<br><br>                 Defendants. | Case No. 3:16-cv-08483-PGS-TJB<br>Judge Peter G. Sheridan<br>Magistrate Judge Tonianne J. Bongiovanni<br><br>~~(PROPOSED)~~ ORDER |

WHEREAS pursuant to the Order of this Court dated April 23, 2019 [ECF No. 100], Defendants' deadline to answer or otherwise respond to the complaint is May 31, 2019;

WHEREAS Plaintiff has no objection to an extension of Defendants' time to answer or otherwise respond to the complaint by 30 days; and for good cause having been shown:

IT IS HEREBY ORDERED, on this 23rd day of May 2019, that:

Defendants' deadline to answer or otherwise respond to the complaint is extended by an additional 30 days, to July 1, 2019.

_____
Hon. Tonianne J. Bongiovanni
U.S.M.J.

3442304.1